SO ORDERED 1/9/19

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

JAN 0 9 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

BRIAN FISCHLER, individually and as the
representative of a class of similarly situated
persons,

         Plaintiff,

  -against-

GANSEVOORT, LLC AND HOTEL GANSEVOORT
GROUP, LLC,

         Defendants.
-------------------------------------------------------- x

18-cv-1899

## STIPULATION OF DISMISSAL WITH PREJUDICE

  IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice. Each party shall bear their or his own legal fees and costs.

Dated:

LIPSKY LOWE LLP

By: _____
  Christopher Lowe
630 Third Avenue, Fifth Floor
New York, New York 10017
Email: chris@lipskylowe.com
Phone: 212-518-1264
Main: 212-392-4772
*Attorneys for Plaintiff*

PADUANO & WEINTRAUB LLP

By: _____
  Meredith Cavallaro
1251 Avenue of the Americas, 9th Floor
New York, New York 10020
Email: mcavallaro@pwlawyers.com
Phone: 212-785-9100
Fax: 212-785-9099
*Attorneys for Defendants*